AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**SOUTHERN DIVISION**

| | |
|---|---|
| THOMAS LEE BURGE,<br>      Plaintiff,<br><br>v.<br><br><br>CAROLYN COLVIN,<br>Acting Commissioner of the Social<br>Security Administration,<br>      Defendant. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 7:12-CV-299-D** |

Decision by the Court:

      **IT IS ORDERED AND ADJUDGED** that the Consent Motion to Remand [D.E. 26] is GRANTED. The Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and REMANDS the case to the Commissioner for further proceedings.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **June 7, 2013,** WITH A COPY TO:

George C. Piemonte (via CM/ECF Notice of Electronic Filing)
Michael A. Haar (via CM/ECF Notice of Electronic Filing)


June 7, 2013                                   JULIE A. RICHARDS, Clerk
Date                                             Eastern District of North Carolina

                                                                   /s/Debby Sawyer
                                                                   (By) Deputy Clerk

Raleigh, North Carolina